IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-275-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DERRICK DONNELL MABRY, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion to reduce sentence [D.E. 106].

The response is due not later than August 28, 2020.

SO ORDERED. This 4 day of August 2020.

JAMES C. DEVER III
United States District Judge