IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-275-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DERRICK DONNELL MABRY, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in this court's order of June 28, 2016 [D.E. 86] and November 18, 2020 [D.E. 119] and in the government's response in opposition [D.E. 124], the court DENIES defendant's motion to reduce sentence [D.E. 120]. See Concepcion v. United States, 142 S. Ct. 2389, 2401–05 (2022) (noting district court's broad discretion in deciding whether to reduce a sentence).

SO ORDERED. This 3 day of October, 2022.

JAMES C. DEVER III
United States District Judge